1 Robert M. DeWitty, appearing *Pro Hac Vice*
2 DeWitty and Associates
3 712 H Street, NE, PMB 97894
  Washington, D.C. 20002
4 tele: 2025717070
5 fax: 2025138071
6 admin@dewittyip.com

7
8 Christopher M. Keller
  LAW OFFICES OF CHRISTOPHER M. KELLER
9 137 N. 10th St. Suite E
10 Santa Paula, CA 93060
   Tel: (805) 628-9499
11       (805) 420-9022
12 Fax: (805) 830-1670
13 kellerlawyer@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIDELINX, LLC | Case No.: 2:23-CV-00613 |
| Plaintiff(s), | |
| vs. | Judge André Birotte, Jr. |
| CREAPRODUCTS, INC. | [PROPOSED] Order Granting Pro Hac Vice |
| Defendant(s). | |

**[proposed] ORDER GRANTING PRO HAC VICE ADMISSION OF**

**ROBERT M. DEWITTY**

- 1 -

1 | Robert M. DeWitty, a member in good standing of the Court of Appeals, Maryland, having
2 | applied for admission to practice in the above-referenced action representing Demaree et al. a pro
3 | hac vice basis, IT IS HEREBY ORDERED THAT the application is GRANTED. All papers filed
4 |
5 | by Robert M. DeWitty shall indicate appearance pro hac vice.  Service of papers upon and
6 | communications with co-counsel designated in the application shall constitute notice to the party.
7
8 | Dated: _____     _____
9 | Judge André Birotte, Jr.
10 | United States District Judge